# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

DENNIS HAYNES, Individually, )
    Plaintiff, )
v. ) CASE NO: 17-cv-60903-BLOOM/Valle
)
GAP, INC., )
    Defendant. )

**SUMMONS IN A CIVIL ACTION**

To:    GAP, INC.,

    serve any officer or managing agent

    Two Folsom St.

    San Francisco, Ca 94100

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Philip Michael Cullen, III, Esq.

    621 S. Federal Hwy, Ste 4

    Ft. Lauderdale, Fl 33301

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____May 8, 2017_____



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts